# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re Thomas            v.

No.   17-1100

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☒ Pro Se     ☐ As counsel for: _____
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | C. Douglass Thomas |
| Law Firm: | TI Law Group, PC |
| Address: | 2055 Junction Ave., Suite 205 |
| City, State and Zip: | San Jose, CA 95131 |
| Telephone: | 408-955-0535 |
| Fax #: | 408-955-0535 |
| E-mail address: | dthomas@tipatents.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   7/12/1989

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  11/7/2016            Signature of pro se or counsel  /s/ C. Douglass Thomas

cc: _____

Reset Fields

# **CERTIFICATE OF SERVICE**

I certify that, on or about the date and time specified below, a copy of this paper was electronically served on the enty/individuals listed below by using the Court's CM/ECF filing system. Recipient was electronically served through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(a) and 25(b).

TO:

Attn. Office of Solicitor
Office of the General Counsel
United States Patent and Trademark Office
P.O. Box 1450 Alexandria, VA 22313-1450

DATE OF SERVICE: November 7, 2016

/CDouglassThomas/
C. Douglass Thomas
Appellants' Representative